ACCEPTED
04-15-00405-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/30/2015 12:52:27 PM
KEITH HOTTLE
CLERK

NO. 04-15-00405-CV

In the Court of Appeals
for the
Fourth District
San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/30/2015 12:52:27 PM
KEITH E. HOTTLE
Clerk

DAVID GILLESPIE,
*Appellant*

V.

A.L. HERNDEN,
*Appellee*

On Appeal from the 408th Judicial District Court of Bexar County, Texas
(Cause No. 2013-CI-10278, Hon. Cathleen M. Stryker, Presiding)

**APPELLEE'S MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

1.      Appellant, David Gillespie, herewith files his response to this Court's Order of September 15, 2015.

2.      Appellant filed its Notice of Appeal on July 3, 2015, two days after its due date of July 1, 2015.  The Clerk's record was filed on September 9, 2015.

3.      Appellant advises the Court that due to a calendar error caused by the preparation of a response to Motion for Summary Judgment in the case styled Civil Action No. 5:14-CV-00733; John Gonzales vs. Robles and Sons, Inc., Robles Service Group, LLC, Vaughn Construction Company, Sunbelt Rentals

Industrial Services, LLC and JLG Industries, Inc.; In the United States District Court Western District of Texas San Antonio Division, the hearing on Motion for Rulings in the case styled Cause No. 2012-CI-09903; John Joseph Carreon and John A. Polito vs. Greater San Antonio Transportation Company d/b/a Yellow Cab. in preparation for trial on July 6, 2015, and the final preparation of the documents in the case styled Cause No. 5:14-CV-00149; Candelario V. Gonzalez, et al. v. Cooper Tire and Rubber Company, et al, the Notice of Appeal was not filed timely. Undersigned counsel because of his schedule, inadvertently failed to file the Notice but upon discovery immediately did so.

4. Appellee respectfully requests accept the Notice of Appeal that was filed within the 15 day grace period as timely and for general relief.

5. Appellee files this Motion for Extension of Time to File Appellant's Brief  Notice of Appeal pursuant to Texas Rules of Appellate Procedure 26.3, 10.5(b)(1)(C), 38.6(d), and the Local Rules of Fourth Court of Appeals.

WHEREFORE, Appellant, by and through its undersigned Counsel, requests the Court consider this motion and extend the time for filing its Appellant's Notice of Appeal until **July 3, 2015**.

Respectfully submitted,

GENE TOSCANO, INC.
846 Culebra Road, Suite 104
San Antonio, Texas 78201-6244

Telephone:  (210) 732-6091
Facsimile:   (210) 735-4167

BY: /s/ Andrew E. Toscano
     ANDREW E. TOSCANO
     Attorney at Law
     State Bar No. 00786832
     COUNSEL FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has this day been served on the counsel below, in the means and by the manner indicated hereinafter:

Mr. Richard A. Sparr, Jr.
1313 N. E. Loop 410, Suite 100
San Antonio, Texas, 78209
**SENT BY FACSIMILE TRANSMISSION**
**TO: (210) 828-5444**

Mr. Frederick R. Zlotucha
222 Main Plaza East
San Antonio, Texas 78205
**SENT BY FACSIMILE TRANSMISSION**
**TO: (210) 227-8316**

FOURTH COURT OF APPEALS
Cardena-Reeves Justice Center
300 Dolorosa Ste. 3200
San Antonio, Texas 78205
**210-355-2762- fax**

Signed on September 30, 2015.

                                    /s/ Andrew E. Toscano
                                    Andrew E. Toscano
                                    Counsel for Appellee